IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA ABERSOLD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Case No.: 4:15-mc-00787 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL

BARBARA ABERSOLD (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES LP., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: May 22, 2015

By: /s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

VOLUNTARY DISMISSAL

1

I hereby certify that on May 22, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.
Ryan Lee, Esq